DANIEL J. BRODERICK, Bar #89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Defendant
SERGIO LEDESMA-ARAIZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-cr-313 GEB |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER CONTINUING STATUS** |
| v. ) | **CONFERENCE AND EXCLUDING TIME** |
| ) | |
| SERGIO LEDESMA-ARAIZA ) | DATE: December 16, 2011 |
| aka Sergio Ledesma, ) | TIME: 9:00 a.m. |
| ) | JUDGE: Garland E. Burrell, Jr. |
| Defendant. ) | |
| ) | |
| _____) | |

IT IS HEREBY STIPULATED and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, SERGIO LEDESMA-ARAIZA by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for November 18, 2011 be continued to December 16, 2011, at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for December 16, 2011,

pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: November 17, 2011    Respectfully submitted,

                            DANIEL J. BRODERICK
                            Federal Defender

                            /s/ Benjamin Galloway
                            BENJAMIN GALLOWAY
                            Assistant Federal Defender
                            Attorney for Defendant
                            SERGIO LEDESMA-ARAIZA

DATED: November 17, 2011    BENJAMIN B. WAGNER
                            United States Attorney

                            /s/ Benjamin Galloway for
                            JASON HITT
                            Assistant U.S. Attorney
                            Attorney for Plaintiff

**O R D E R**

IT HEREBY ORDERED that this matter is continued to December 16, 2011, 9:00 a.m. for Further Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, the period from the date of this order up to and including December 16, 2011, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated: November 17, 2011

                            GARLAND E. BURRELL, JR.
                            United States District Judge